IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HYRUM ASSOCIATES, )
A LIMITED PARTNERSHIP, )
)
Plaintiff, )
)
v. ) Case No. 06-342C
) (Judge Wolski)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Dated: May 18, 2006

CERTIFICATE OF FILING

I hereby certify that on May 18, 2006, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Shalom Brilliant