# In the United States Court of Federal Claims

No. 06-342C
(Filed June 23, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **HYRUM ASSOCIATES,** | * |
| A LIMITED PARTNERSHIP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The parties' Joint Motion for a Stay of Proceedings is **GRANTED**. The parties shall file a Joint Status Report within fourteen days of the completion of the ADR process for the related cases identified in the motion.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge